**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHERRY STEVENS,

    Plaintiff,

v.                                     Case No. 2:11-cv-14695

LIBERTY INSURANCE CORPORATION,

    Defendant.
                                                        /

**ORDER RESCHEDULING SCHEDULING CONFERENCE AND DIRECTING
DEFENDANT'S COUNSEL TO SUBMIT BILL OF COSTS**

On December 28, 2011, the court issued a "Notice to Appear" for a scheduling conference in the above-referenced matter. Counsel for all parties were served with the notice, which required them to appear in chambers on January 11, 2012. Nonetheless, on January 11, 2012, only Alan Davis, counsel for Defendant, appeared. The court will therefore adjourn the status conference and require Antonio Tuddles, counsel for Plaintiff, to pay Mr. Davis's reasonable costs for appearing at the January 11, 2012 conference. Accordingly,

IT IS ORDERED that counsel for both parties are directed to participate in a telephonic status conference on **January 26, 2012, at 10:00 a.m.** The court will place the telephone call.

IT IS FURTHER ORDERED that, no later than **January 27, 2012**, Alan Davis shall file a bill of costs associated with preparing for and attending the court-ordered

conference on January 11, 2012. Antonio Tuddles shall remit to Mr. Davis the total amount of those costs no later than **February 3, 2012**.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: January 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2012, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522