**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHERRY STEVENS,

    Plaintiff,

v.                                Case No. 11-14695

LIBERTY INSURANCE CORP.,

    Defendant.
                                               /

**JUDGMENT**

In accordance with the court's June 26, 2012 "Order Striking Plaintiff's Untimely Response to Defendant's Motion for Summary Judgment, Granting Defendant's Motion for Summary Judgment, and Cancelling July 10, 2012 Motion Hearing,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Liberty Insurance Corp. and against Plaintiff Sherry Stevens.  Dated at Detroit, Michigan, this 26th day of June, 2012.

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                   BY: s/Lisa Wagner
                                       Lisa Wagner, Deputy Clerk
                                       and Case Manager to
                                       Judge Robert H. Cleland